# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JONATHAN MADISON,<br><br>　　　　　　　　　　Defendant. | Case No. 20-cr-01228-BAS-1<br><br>**ORDER REQUIRING RESPONSE TO MOTION TO REDUCE SENTENCE**<br><br>**(ECF No. 81)** |

　　Defendant Jonathan Madison filed a motion for a reduced sentence in light of U.S. Sentencing Guidelines Amendment 821.  (ECF No. 81.)  The Court **ORDERS** the Government to respond to Defendant's motion by no later than **June 7, 2024**.

　　**IT IS SO ORDERED.**

**DATED: May 24, 2024**

　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　United States District Judge